UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN CAULTON,

    Plaintiff,

Case No. 1:07-CV-947

v.

Hon. Gordon J. Quist

PATRICIA CARUSO, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on September 19, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 18, 2008, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motions for entry of default judgment against Defendants Mary Schiebner, Amy Haske, and Michael Haske (docket nos. 17, 19, and 21) are **DENIED**.

Dated: November 24, 2008

                /s/ Gordon J. Quist
                GORDON J. QUIST
                UNITED STATES DISTRICT JUDGE